IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| **Michael Lauer, Board of Trustees Chairman, and William Nix, Board of Trustees Secretary, on behalf of INDIANA STATE COUNCIL OF CARPENTERS PENSION FUND; et al.** ) ) ) ) ) ) | |
| Plaintiffs, ) | CASE NO. 1:12-cv-0450 |
| vs. ) ) | |
| **SULLIVAN CONSTRUCTION, INC. and and MEGAN SULLIVAN,** ) ) ) | |
| Defendants. ) | |

### PLAINTIFFS' FRCP, RULE 41(a)(1)(i), NOTICE OF DISMISSAL

Plaintiffs **Mike Lauer, Board of Trustees Chairman, and Williams Nix, Board of Trustees Secretary, on behalf of INDIANA STATE COUNCIL OF CARPENTERS PENSION FUND; David Tharp, Board of Trustees Chairman, on behalf INDIANA KENTUCKY REGIONAL COUNCIL OF CARPENTERS DEFINED CONTRIBUTION PENSION TRUST FUND; William Nix, Board of Trustees Co-Chairman, and David Tharp, Board of Trustees Co-Chairman, on behalf of INDIANA CARPENTERS WELFARE FUND; David Tharp, Board of Trustees Chairman, and Joe Coar, Board of Trustees Secretary, on behalf of INDIANA CARPENTERS APPRENTICESHIP FUND AND JOURNEYMAN UPGRADE PROGRAM; Douglas J. McCarron, Board of Trustees Chairman, on behalf of UNITED BROTHERHOOD OF CARPENTERS APPRENTICESHIP TRAINING FUND OF NORTH AMERICA,** by their attorneys, **PAUL T. BERKOWITZ & ASSOCIATES, LTD.,**

move pursuant to FRCP, Rule 41(a)(1)(i), to voluntarily dismiss this action against Defendants **SULLIVAN CONSTRUCTION, INC.** and **MEGAN SULLIVAN** without prejudice.

In the interest of the parties and this Court, Plaintiffs hereby file this FRCP, Rule 41(a)(1)(i), Notice of Dismissal without prejudice.

For the above stated reasons, Plaintiffs' FRCP, Rule 41(a)(1)(i), Notice of Dismissal should be granted.

Respectfully submitted,

**PAUL T. BERKOWITZ & ASSOCIATES, LTD.**

By    /s/ Paul T. Berkowitz
     **PLAINTIFFS' ATTORNEYS**

PAUL T. BERKOWITZ
& ASSOCIATES, LTD.
Suite 600
123 West Madison Street
Chicago, Illinois  60602
(312) 419-0001
(312) 419-0002 FAX
Attorney ID# 19025-49

2

**CERTIFICATE OF SERVICE**

I hereby certify that on January 15, 2013 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following: None.

I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

> Megan Sullivan
> c/o Sullivan Construction, Inc.
> PO Box 356
> 171 East Hospital Rd.
> Paoli, Indiana 47454

> Sullivan Construction, Inc.
> PO Box 356
> 171 East Hospital Rd.
> Paoli, Indiana 47454

> /s/ Paul T. Berkowitz

cc:   Paul T. Berkowitz, Paul T. Berkowitz & Associates, Ltd., 123 West Madison Street, Suite 600, Chicago, Illinois 60602
Sullivan Construction, Inc., PO Box 356, 171 East Hospital Rd. Paoli, Indiana 47454
Megan Sullivan, c/o Sullivan Construction, Inc., PO Box 356, 171 East Hospital Rd. Paoli, Indiana 47454