IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| **Michael Lauer, Board of Trustees Chairman, and William Nix, Board of Trustees Secretary, on behalf of INDIANA STATE COUNCIL OF CARPENTERS PENSION FUND; et al.** | ==DISMISSAL ACKNOWLEDGED. JMS, DJ 1-15-13== |
| Plaintiffs, | CASE NO. 1:12-cv-0450-JMS-TAB |
| vs. | |
| **SULLIVAN CONSTRUCTION, INC. and and MEGAN SULLIVAN,** | |
| Defendants. | |

### PLAINTIFFS' FRCP, RULE 41(a)(1)(i), NOTICE OF DISMISSAL

Plaintiffs **Mike Lauer, Board of Trustees Chairman, and Williams Nix, Board of Trustees Secretary, on behalf of INDIANA STATE COUNCIL OF CARPENTERS PENSION FUND; David Tharp, Board of Trustees Chairman, on behalf INDIANA KENTUCKY REGIONAL COUNCIL OF CARPENTERS DEFINED CONTRIBUTION PENSION TRUST FUND; William Nix, Board of Trustees Co-Chairman, and David Tharp, Board of Trustees Co-Chairman, on behalf of INDIANA CARPENTERS WELFARE FUND; David Tharp, Board of Trustees Chairman, and Joe Coar, Board of Trustees Secretary, on behalf of INDIANA CARPENTERS APPRENTICESHIP FUND AND JOURNEYMAN UPGRADE PROGRAM; Douglas J. McCarron, Board of Trustees Chairman, on behalf of UNITED BROTHERHOOD OF CARPENTERS APPRENTICESHIP TRAINING FUND OF NORTH AMERICA,** by their attorneys, **PAUL T. BERKOWITZ & ASSOCIATES, LTD.,**